No. 79–1796. FREEMAN, DIRECTOR, MISSOURI DEPARTMENT OF SOCIAL SERVICES, ET AL. *v.* REPRODUCTIVE HEALTH SERVICES ET AL. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Harris* v. *McRae,* 448 U. S 297 (1980); *Williams* v. *Zbaraz,* 448 U. S. 358 (1980); and *Maher* v. *Gagne,* 448 U. S. 122 (1980). JUSTICE BLACKMUN, with whom JUSTICE BRENNAN and JUSTICE MARSHALL join, dissents and does so for the reasons set forth in the respective dissenting opinions filed by him

and JUSTICE BRENNAN in *Harris* v. *McRae* and its companion cases, 448 U. S., at 348 and 329.